**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**M&K RESTAURANT LLC, KAY PERRY,
JUANITA CANTON PERRY, MICHAEL
CLAY PERRY INDIVIDUALLY AND ON
BEHALF OF JOE PERRY, HARVEY DOYNE
PERRY, MARTHA SHIRLENE PERRY JONES,
JAY BROOK PERRY, CARLA JANETTE PERRY,
STANLEY BRIAN PERRY, SHERRI PERRY,
MICHAEL KERRI PERRY, BRIAN PERRY,
JONATHAN CULVER**                                             **PLAINTIFFS**

**v.**                                **No. 4:12-cv-00783 KGB**

**FARMERS INSURANCE COMPANY, INC.,
DENNIS RAY HENLEY d/b/a HENLEY
INSURANCE AGENCY, JOHN DOES 1-10**                 **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is plaintiffs' motion for default judgment against Dennis Ray Henley

d/b/a Henley Insurance Agency (Dkt. No. 6).  Mr. Henley is directed to file a response to

plaintiffs' motion within 10 days of this Order, on or before August 22, 2013.

SO ORDERED this 12th day of August, 2013.

_____
Kristine G. Baker
United States District Judge