IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| M&K RESTAURANT LLC, KAY PERRY, JUANITA CANTON PERRY, MICHAEL CLAY PERRY INDIVIDUALLY AND ON BEHALF OF JOE PERRY, HARVEY DOYNE PERRY, MARTHA SHIRLENE PERRY JONES, JAY BROOK PERRY, CARLA JANETTE PERRY, STANLEY BRIAN PERRY, SHERRI PERRY, MICHAEL KERRI PERRY, BRIAN PERRY, JONATHAN CULVER | PLAINTIFFS |
| v.   No. 4:12-cv-00783 KGB | |
| FARMERS INSURANCE COMPANY, INC., DENNIS RAY HENLEY d/b/a HENLEY INSURANCE AGENCY, JOHN DOES 1-10 | DEFENDANTS |

**ORDER**

On January 23, 2013, plaintiffs filed a motion for default judgment against separate defendant Dennis Ray Henley (Dkt. No. 6). On October 18, 2013, plaintiffs filed a motion to withdraw the motion for default judgment (Dkt. No. 35). For good cause shown, plaintiffs' motion to withdraw the motion for default judgment is granted (Dkt. No. 35). Plaintiffs' motion for default judgment (Dkt. No. 6) and separate defendant Mr. Henley's motion for relief to accept late filing and response opposing plaintiffs' motion for default judgment (Dkt. No. 27) are denied as moot.

SO ORDERED this 18th day of October, 2013.

_____
Kristine G. Baker
United States District Judge