IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**M&K RESTAURANT LLC, et al.**     **PLAINTIFFS**

**v.**     **No. 4:12-cv-00783 KGB**

**FARMERS INSURANCE COMPANY, INC.,**
**DENNIS RAY HENLEY d/b/a HENLEY**
**INSURANCE AGENCY, JOHN DOES 1-10**     **DEFENDANTS**

## ORDER

The Court will conduct a telephone conference to discuss plaintiffs' motion to compel (Dkt. No. 37) on Friday, November 22, 2013, beginning at 9:30 a.m.

SO ORDERED this 21st day of November, 2013.

_____
Kristine G. Baker
United States District Judge