IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**M&K RESTAURANT LLC, et al.**                                       **PLAINTIFFS**

**v.**                      **No. 4:12-cv-00783 KGB**

**FARMERS INSURANCE COMPANY, INC.,**
**DENNIS RAY HENLEY d/b/a HENLEY**
**INSURANCE AGENCY, JOHN DOES 1-10**                    **DEFENDANTS**

## ORDER

Today the Court held a telephone hearing to address plaintiffs' motion to compel (Dkt. No. 37). Based on the arguments and representations made by counsel at that hearing, the Court grants plaintiffs' motion to compel. Defendant Farmers Insurance Company ("Farmers") shall have until Monday, December 2, 2013, to produce the documents at issue in response to plaintiffs' discovery requests. After reviewing these documents, should plaintiffs need additional time to complete discovery, to conduct Federal Rule of Civil Procedure 30(b)(6) depositions of Farmers witnesses, or to file responses to Farmers's pending motions, if the parties cannot agree, plaintiffs may petition the Court for relief.

SO ORDERED this 22nd day of November, 2013.

_____
Kristine G. Baker
United States District Judge