# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**M&K RESTAURANT LLC, et al.**                                                                 **PLAINTIFFS**

**v.**                                         **No. 4:12-cv-00783 KGB**

**FARMERS INSURANCE COMPANY, INC.,**
**DENNIS RAY HENLEY d/b/a HENLEY**
**INSURANCE AGENCY, JOHN DOES 1-10**                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 99). The parties state that they have resolved this action without the need for further judicial involvement. The parties jointly stipulate to dismiss with prejudice this case, with each party to bear its own costs and fees incurred in the litigation. Accordingly, the Court dismisses with prejudice plaintiff's complaint. Each party will bear its own costs and fees incurred in the litigation.

SO ORDERED this the 27th day of March, 2015.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge